EDWARD C. KLAPP, Appellant, v. EDNA B. MERWIN, Individually and as Executrix, etc., of N. L. MERWIN, Deceased, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. T. J. LUH, Respondent, v. ARTHUR L. VARLEY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ROBERTINA H. MORGAN, Respondent, v. F. P. MORGAN, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

LORENZO J. MARSHALL, Respondent, v. J. T. KENNEDY and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application and Petition of CHARLES STRAUSS and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc.* (Schoharie Reservoir and Shandaken Tunnel, Section 2, Parcel No. 85). TRI-COUNTY LIGHT AND POWER COMPANY, Appellant; CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MRS. PASQUA PISCITELLI PALMIOTTO, Respondent, v. FRED SNARE CORPORATION and Another, Appellants. — Award and decision unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LOUIS RADACIO, Respondent, v. RISTORI LEERBURGER and Another, Appellants, Impleaded with Another.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

HERBERT ROBINSON, an Infant, by WINFIELD ROBINSON, His Guardian ad Litem, Respondent, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF MONTICELLO, Appellant.— Judgment and orders unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGIA SHERERD, Respondent, v. VILLAGE OF WARSAW and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. The question whether or not claimant was an employee of the village, not having been raised before the State Industrial Board or in this court, has not been considered.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM SHEEHAN, Respondent, v. HENRY MILES & SONS, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GOTHOLD SEITZ, Respondent, v. CHARLES E. LAW, Appellant.— Awards modified by deducting therefrom the twenty per cent penalty imposed, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN TOHAL, Respondent, v. HARRIS STRUCTURAL STEEL COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

PAUL W. WILLIAMS, Appellant, v. MOUNT HOPE MINING AND IRON COMPANY, Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs.